UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IDA WARREN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:11-CV-1465-NAB |
| ) | |
| SECURITAS SEC SVCS, INC. USA and ) | |
| MARK HAMILTON, ) | |
| ) | |
| Defendants. ) | |

### ORDER

This matter is before the Court upon the application of Ida Warren for leave to commence this action without payment of the required filing fee. Upon consideration of the financial information provided with the application, the Court finds that plaintiff is financially unable to pay any portion of the filing fee.

Therefore,

**IT IS HEREBY ORDERED** that plaintiff's amended motion for leave to proceed in forma pauperis [Doc. #4] is **GRANTED**. See 28 U.S.C. § 1915(a)(1).

**IT IS FURTHER ORDERED** that plaintiff's original motion for leave to proceed in forma pauperis [Doc. #2] is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to be issued upon the complaint.

Dated this 21st day of September, 2011.

                                                /s/ Nannette A. Baker
                                            **NANNETTE A. BAKER**
                                            **UNITED STATES MAGISTRATE JUDGE**